United States District Court
Middle District of Georgia



## ORDER TO DESTROY AND RECORD OF DESTRUCTION OF RELINQUISHED, ABANDONED, OR UNCLAIMED MERCHANDISE

**Name of Offender: Joseph Daniel Kelly**

**Case Number:  3:19CR41**

| Control Number | Quantity | Description of Merchandise |
|---|---|---|
| K-6169501-20260107-1 | 1 | AT&T Cingular Flex 2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reason For Request:**  Joseph Daniel Kelly had to obtain a new cell phone to comply with TAP Level 3 restrictions. He has relinquished possession of the item listed above to remain in compliance with his conditions.  Kelly has requested the U.S. Probation Office dispose of merchandise listed above to remain in compliance with the conditions ordered by the Court.

**Method of Destruction:**  The U.S. Probation Office will utilize a commercial secure hard drive destruction company for all merchandise listed above.

I declare under penalty of perjury that the foregoing is true and correct.

_Clayton Hester_
Clayton B. Hester
Special Offender Specialist

January 22, 2026
Date

## ORDER TO DESTROY

For good and sufficient cause shown to the court, the above noted items are to be destroyed by the United States Probation Office.

_C. Ashley Royal_
United States District Judge

3 Feb 2026
Date